CAUSE No. 12-15-00199-CV

IN THE COURT OF APPEALS

Twelfth Court of Appeals District

Tyler, Texas

FILED IN COURT OF APPEALS
12th Court of Appeals District
SEP 21 2015
TYLER TEXAS
PAM ESTES, CLERK

| | | |
|---|---|---|
| DAVID ERIC BROWNE Appellant | § | APPEAL FROM THE 369th |
| V. | § | Judicial District Court |
| R.Going, Et Al Appellees | § | Anderson County, TEXAS |

## Motion for Restricted Appeal to Court of Appeals

Comes now DAVID ERIC BROWNE, Appellant in the above numbered Cause and respectfully request the Honorable Court to grant the following motion pursuant to Texas Rules of Court Volume I STATE Under Rules of Appellate Procedure Rule 30 Restricted Appeal to Court of Appeals in Civil CASES. (RULE 30 states as follows:)

A party who did not participate - either in person or through counsel in the hearing that resulted in the judgement complained of and who did not timely file a postjudgement motion or request for findings of fact and conclusions of law, or a notice of appeal within the time permitted by Rule 26.1(a) MAY file a notice of appeal within the time permitted by Rule 26.1(C) Restricted appeals replace writ of error appeals to the court of appeals. Statues pertaining to writ of error appeals to the Court of appeals apply equally to restricted appeals.

In support of Motion for Restricted Appeal, Plaintiff DAVID ERIC BROWNE also known as Appellant will further show the following facts in support of motion.

## STATEMENT OF FACTS to support Motion for Restricted Appeal

### I.

Rule 4 Federal Civil Judicial Procedure and rules under Judgements of District Courts page 539 Rule 4 Appeal in a Civil Case (a) and page 541 (c) Appeal by an Inmate Confined in an Institution (1) If an inmate confined in an institution files a notice of appeal in either a Civil or a Criminal Case, the notice is timely if it is deposited in the institutions internal mail system on or before the last day for filing. If an institution has a system designed for legal mail, the inmate must use that system to recieve the benifit of this rule. Timely filing may be shown by a declaration in Compliance with 28 USC 1746 or by a notarized statement, either of which must set forth the date of deposit and state that first-class postage has been prepaid.

### II.

On 7-21-15 I DAVID ERIC BROWNE gave notice of Appeal to Janice Staples and Informa paupis.

On or about Aug 10th I recieved notice from Appeals court to make corrections and stated that I had not gave a notice of Appeal when in fact I had with Janice Staples District clerk and then the Appeals court. I then sent out a letter with a request that my Tort Claim No. 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 be reckognized pursuant to 28 USC 1331 and 28 USC 1343 as your lettered requested that I do and I also filed motion for out of time Appeal as your letter requested both sent to Janice staples and Twelfth Court of Appeals. The Wayne Scott mail Room will have documented in coming and out going legal mail record. This record will in fact reflect Appellants Timely filed documents,

## III

Appellant would further state that District Clerk Janice Staples mishandled Appellant's tort claim from the very beginning causing all untimely delay in proceeding's and would now Respectfully request the Court to Honor a "Request for Admission" pursuant to Rule 36 (a)(3)(A) FED.R.CIV.P. To establish true fault on the untimely-ness of all filings. Appellant Did not Recieve Original order of dismissal until months after it was ruled on. Appellant has record of this truth and did infact admit a letter to the Appeals court from District Clerk Janice Staples to show she lost the Original Claim and Appellant would further request to admit yet another piece of evidence to show he Sought the where abouts of the original claim, All these events led up to the untimely filing.

## IV.

Appellant respectfully request the appeals court to make a decision on the merits of the claim "In The Intrest of Justice", Appellant is not an attorney at law and has limited ability.

### Unsworn Declaration

I David Eric Browne TDCJ-ID #1948899 being presently Incarcerated at the Wayne Scott Unit in Brazoria County Texas 6999 Retrieve Rd Angleton Tx. 77515 DECLARE under penalty of perjury That all the Foregoing is all TRUE and Correct. EXECUTED this DAY Sept. 14, 2015 under 28 USC 1746

Declarant
DAVID BROWNE
#1948899 Wayne Scott
6999 Retrieve
Angleton TX 77515